# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TALIB WASI BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:17-CV-485 (MTT) |
| | ) |
| JOHN R. RHEA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On December 12, 2017, Plaintiff Talib Wasi Bey filed a 67-page "Legal Notice of Removal." Doc. 1. The document is difficult to follow. It quotes the United States Constitution, various treaties between nations, and United Nations declarations, among other miscellaneous documents. *See generally*, *id*. It appears that Bey may be attempting to remove a case from the Magistrate Court of Houston County, but the Court cannot say for sure; Bey names, among other Defendants, a CEO of a financial credit union, a "court administer of Magistrate Court of Houston County," and the State of Georgia. *Id*. at 12, 14. Bey has also filed other documents, about which the Court is equally perplexed. *See* Docs. 3; 4; 6; 7.

On February 16, 2018, the Clerk's Office notified Bey:

> You must either pay the filing fee or submit a properly completed Motion to Proceed In Forma Pauperis within 21 days from the date of this notice - Failure to comply with this notice may result in dismissal by the court - An Application to Proceed Without Prepayment of Fees and Affidavit are enclosed.

Bey has still not paid the filing fee required under 28 U.S.C. § 1914(a), nor has he moved to proceed *in forma pauperis* under 28 U.S.C. § 1915 by filing a motion and supporting affidavit. Bey's action is accordingly **DISMISSED without prejudice**.

**SO ORDERED,** this 27th day of March, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT